

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Cynthia Ann Hudson, Appellant

No. 06-11-00028-CR          v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2009-F-00005). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no reversible error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Cynthia Ann Hudson, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 13, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk